STATE OF CONNECTICUT *v.* ROBERT FOSHAY

The defendant's petition for certification for appeal from the Appellate Court, 12 Conn. App. 1, is granted, with limitation.

*John W. Watson,* assistant public defender, in support of the petition.

*Susann E. Gill,* assistant state's attorney, in opposition.

Decided October 21, 1987

STATE OF CONNECTICUT *v.* MARY DIORIO

The defendant's petition for certification for appeal from the Appellate Court, 12 Conn. App. 74, is denied.

*Richard Emanuel,* in support of the petition.

*James A. Killen,* deputy assistant state's attorney, in opposition.

Decided October 21, 1987

MARGARET MALMBERG, ADMINISTRATRIX (ESTATE OF SCOTT C. MALMBERG) *v.* ANN MARIE LOPEZ

The defendant's petition for certification for appeal from the Appellate Court, 12 Conn. App. 438, is granted, with limitation.

*Paul E. Pollock,* in support of the petition.

Decided October 21, 1987